

# NUMBER 13-23-00165-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ALMA MARICELA CAVAZOS
RAMIREZ,                                                            Appellant,

v.

HOLLYWOOD DEVELOPMENT AND
CONSTRUCTION, LLC,                                         Appellee.

## On appeal from the County Court at Law No. 7
## of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Justices Tijerina, Silva, and Peña
### Memorandum Opinion by Justice Peña

On April 24, 2023, appellant filed a notice of appeal. On May 1, 2023, the Clerk of the Court notified appellant that her notice of appeal was not in compliance with the Texas Rule of Appellate Procedure 9.5(e) and (e)(2). *See* TEX. R. APP. P. 9.5(e), (e)(2).

Appellant was asked to remit the $205.00 filing fee within ten days from the date of the notice.

Furthermore, on June 13, 2023, the Clerk of the Court again notified appellant of the defects and that she was delinquent in remitting a $205.00 filing fee. The Clerk of this Court notified appellant the appeal was subject to dismissal if the notice of appeal was not amended or if the filing fee was not paid within ten days from the date of the notice. *See id.* R. 42.3(b), (c).

Appellant has not cured the defective notice of appeal, paid the filing fee, nor otherwise responded to the notices from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.*

L. ARON PEÑA JR.
Justice

Delivered and filed on the
3rd day of August, 2023.